AO 442 (Rev. 01/09) Arrest Warrant

DOA: 5/2/2025

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | **Arizona Case No: 25-01552MJ** |
| v. | ) | Case No. 2:25-cr-0098-JCM-BNW |
| YUE YUAN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   YUE YUAN                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1349 and 1344(2)  ~  Conspiracy to Commit Bank Fraud
18 U.S.C. § 1028A, 2  ~  Aggravated Identity Theft

DEBRA K. KEMPI                                          4/16/2025 Las Vegas, NV

**CLERK**                                                        **DATE**

(By) DEPUTY CLERK

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | | |
| Date: _____ | | |
| | *Arresting officer's signature* | |
| | *Printed name and title* | |

1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  KIMBERLY M. FRAYN
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Tel: (702) 388-6336
   Kimberly.Frayn@usdoj.gov
6
   MARGARET A. MOESER
7  Chief, Money Laundering and Asset Recovery Section
   U.S. Department of Justice/Criminal Division
8  Kenneth P. Kaplan
   Trial Attorney
9  D.C. Bar No. 460614
   The Bond Building
10 1400 New York Avenue, NW, Suite 1000
   Washington, DC 20005
11 (202) 514-2000
   kenneth.kaplan@usdoj.gov
12
   *Attorneys for the United States*
13
                    UNITED STATES DISTRICT COURT
14                   FOR THE DISTRICT OF NEVADA

15 UNITED STATES OF AMERICA,              **SEALED**
                                          **CRIMINAL INDICTMENT**
16            Plaintiff,
                                          Case No.: 2:25-cr-*0098-JCM-BNW*
17            v.

18 JIN WEI CHEN,                          **VIOLATIONS:**
                                          **18 U.S.C. §§ 1349 and 1344(2) – Conspiracy to**
19 XIE JIE CHEN,                          **Commit Bank Fraud; and**
      aka "Johnny Chen," and
20                                        **18 U.S.C. § 1028A, 2– Aggravated Identity**
   YUE YUAN,                              **Theft.**
21
              Defendants.                 **FORFEITURE ALLEGATION**
22

23

24 **THE GRAND JURY CHARGES THAT:**

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 16 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

1

2

**COUNT ONE**
**Conspiracy to Commit Bank Fraud**
**(18 U.S.C. §§ 1349, 1344(2))**

3

**Individuals and Entities**

4      At all times material to the Indictment, unless otherwise stated:

5      1.      Defendant JIN WEI CHEN ("JW. CHEN") was a citizen of the Republic of

6  China and was believed to reside in, among other places, New York, Oklahoma, and Maryland.

7      2.      Defendant XIE JIE CHEN, also known as Johnny Chen ("J. CHEN"), was a

8  citizen of the United States and was believed to reside in Pennsylvania, Florida, and California.

9      3.      Defendant YUE YUAN ("YUAN") was a citizen of the Republic of China and

10  was believed to reside in, among other places, New York and Oklahoma.

11      4.      Individual 1 resided in Oklahoma.

12      5.      Individual 2 resided in New York.

13      6.      Individual 3 resided in New York.

14      7.      Victims include, but are not limited to, the following individuals:

15

16

| Victim | State of Residence |
|---|---|
| 1 – G.C. | Texas |
| 2 – W.N.N. | Texas |
| 3 – X.Q. | Texas |
| 4 – C.C.N. | Texas |
| 5- Z.W.W. | Texas |
| 6 – S.Q.N. | Texas |
| 7 – J.C. | Texas |
| 8 – L.W. | Texas |
| 9 – C.C. | Texas |
| 10 – Z.Z. | Texas |
| 11 – J.B.L. | Texas |
| 12 – B.K. | Texas |
| 13 – C.W. | Texas |
| 14 – K.G. | New York |

17

18

19

20

21

22

23

24

2

8.      Financial Institution 1 was federally insured by the Federal Deposit Insurance Corporation, making it a "financial institution" as defined by Title 18, United States Code, section 20, with branches in Las Vegas.

9.      Financial Institution 2 was federally insured by the Federal Deposit Insurance Corporation, making it a "financial institution" as defined by Title 18, United States Code, section 20, with branches in Las Vegas.

10.     Car Dealership 1 was a luxury car dealership located in the District of Colorado.

11.     Car Dealership 2 was a luxury car dealership located in the District of Utah.

12.     Texas Department of Public Safety ("TDPS") was the Texas state agency responsible for, among other things, issuing drivers' licenses to citizens who meet the criteria for such licenses in the State of Texas.

13.     The New York State Department of Motor Vehicles ("NYDMV") was the New York state agency responsible for, among other things, issuing drivers' licenses to individuals who meet the criteria for such licenses in the State of New York.

**The Conspiracy**

14.     Beginning on a date unknown, but from at least as early as on or about August 23, 2022, and continuing up to and including on or about May 30, 2023, in the State and Federal District of Nevada and elsewhere,

**JIN WEI CHEN,**
**XIE JIE CHEN, aka "Johnny Chen," and**
**YUE YUAN,**

defendants herein, and others known and unknown to the Grand Jury, knowingly combined, conspired, confederated, and agreed to commit an offense against the United States, that is, Bank Fraud, in violation of Title 18, United States Code, Section 1344(2), all in violation of Title 18, United States Code, Section 1349.

3

1

**The Object of the Conspiracy**

2      15.    It was the object of the conspiracy that JW. CHEN, J. CHEN, YUAN, and others

3    known and unknown to the Grand Jury (collectively the "co-conspirators"), devised, executed,

4    and attempted to execute a scheme to defraud and to obtain moneys, funds, credits, assets,

5    securities, and other property owned by victims, and under the custody and control of Financial

6    Institutions 1 and 2 by means of materially false and fraudulent pretenses, representations, and

7    promises to enrich themselves and their known and unknown coconspirators.

8

**Manner and Means**

9      16.    The object of the conspiracy was to be accomplished by the following ways,

10   manner, and means, among others:

11             a.      As part of the scheme, JW. CHEN, YUAN, and others unknown used

12   personally identifiable information ("PII") to fraudulently obtain more than 5,000 genuine

13   drivers' licenses from TDPS and NYDMV in the identities of the victims, including Victims 1 to

14   14.

15             b.      It was further part of the scheme that JW. CHEN, J. CHEN, YUAN and

16   others known and unknown, used the PII and drivers' licenses obtained by fraud to learn

17   financial information about some of the victims, such as identifying bank accounts, credit card

18   accounts, and lines of credit belonging to those victims.

19             c.      It was further part of the scheme that JW. CHEN, J. CHEN, and others

20   known and unknown, used the PII and drivers' licenses obtained by fraud to learn personal

21   information about some of the victims, such as identifying the victims' employment histories and

22   identifying phone numbers, email addresses, and residential addresses belonging to the victims.

23

24

4

1          d.      It was further part of the scheme that JW. CHEN and others known and

2    unknown provided the fraudulently-obtained drivers' licenses and other PII to J. CHEN,

3    Individual 1, Individual 2, Individual 3, and other known and unknown coconspirators.

4          e.      It was further part of the scheme that JW. CHEN, J. CHEN, YUAN,

5    Individual 1, Individual 2, Individual 3, and others known and unknown, traveled to Las Vegas,

6    Nevada, in the State and Federal District of Nevada, and other Districts throughout the country,

7    to engage in conduct furthering the object of the conspiracy, by (i) impersonating the victims by

8    falsely claiming to be the individuals identified in the drivers' licenses when in truth and fact they

9    were not; (ii) obtaining and attempting to obtain funds from the victims' accounts at financial

10   institutions, such as Financial Institutions 1 and 2; and (ii) purchasing and attempting to

11   purchase vehicles in the names of the victims by obtaining financing in the names of the victims.

12                       **Acts in Furtherance of the Conspiracy**

13       17.     In or about August and September 2022, JW. CHEN, J. CHEN, YUAN, and

14   others, known and unknown, fraudulently caused the mailing of thousands of genuine drivers'

15   licenses to addresses in Oklahoma and New York.

16       18.     In or about October 2022, JW. CHEN directed Individual 1 to rent a vehicle in

17   Las Vegas, Nevada, for purposes of traveling to the District of Arizona and, while in Arizona,

18   transporting Individual 2 and Individual 3, among other coconspirators, for the purpose of

19   engaging in criminal conduct to further the object of the conspiracy including but not limited to

20   Bank Fraud.

21       19.     In or about October 2022, JW. CHEN, J. CHEN, YUAN, and others known and

22   unknown arranged for known and unknown coconspirators, including Individual 1, Individual

23   2, and Individual 3 to reside in hotels and short-term rental housing in Las Vegas, Nevada, and

24

5

1  in the District of Arizona and elsewhere, while they were engaged in conduct furthering the

2  object of the conspiracy, including but not limited to Bank Fraud.

3      20.    In or about January 2023, JW. CHEN provided drivers' licenses belonging to

4  Victim 2 and Victim 3 to Individual 1, who used those drivers' licenses for the purposes of

5  engaging in criminal acts to further the object of the conspiracy.

6      21.    On or about January 19, 2023, in the District of Colorado, Individual 1, and

7  others known and unknown, using a genuine, but fraudulently obtained TDPS driver's license

8  belonging to Victim 2, posed as Victim 2 and purchased and financed a Porsche from Car

9  Dealership 1 claiming to employee(s) of Car Dealership 1 that they were Victim 2 when in truth

10  in fact they were not.

11      22.    On or about January 27, 2023, in the District of Utah, Individual 1, using a

12  genuine, but fraudulently obtained TDPS driver's license belonging to Victim 3, posed as Victim

13  3 and purchased and financed a Mercedes Benz from Car Dealership 2 claiming to employee(s)

14  of Car Dealership 2 that they were Victim 3 when in truth and fact they were not.

15      23.    On or about January 31, 2023, Individual 1 and two other co-conspirators used

16  the above Porsche to drive to a Financial Institution 1 branch in the District of Utah for the

17  purpose of impersonating a victim using a driver's license provided to them by JW. CHEN.

18  They unsuccessfully attempted to access the victim's account by withdrawing $2,000.

19      24.    On or about February 6, 2023, a co-conspirator used the above Mercedes Benz to

20  drive to a Financial Institution 1 branch in the District of Minnesota for the purpose of

21  impersonating Victim 5 using a driver's license. That co-conspirator unsuccessfully attempted to

22  access the victim's account by withdrawing $2,000.

23      25.    On or about the dates below, the co-conspirators took over Financial Institution 1

24  accounts belonging to the victims below and successfully withdrew the approximate amounts

1    below at Financial Institution 1 branches located in the state below by impersonating the victims

2    below using drivers' licenses belonging to the victims below:

| Date | State | Victim | Amount Withdrawn |
|---|---|---|---|
| 9/26/2022 | Nevada | 1 | $20,000 |
| 9/27/2022 | Nevada | 1 | $2,000 |
| 9/28/2022 | Nevada | 7 | $2,000 |
| 10/20/2022 | Nevada | 8 | $2,000 |
| 10/22/2022 | Nevada | 9 | $2,000 |
| 10/24/2022 | Nevada | 9 | $2,000 |
| 10/26/2022 | Nevada | 10 | $2,000 |
| 10/26/2022 | Nevada | 10 | $2,000 |
| 10/27/2022 | Nevada | 10 | $2,000 |
| 11/9/2022 | Arizona | 12 | $96,921 |
| 11/9/2022 | Arizona | 13 | $94,000 |
| 12/7/2022 | Nevada | 11 | $39,752 |
| 1/31/2023 | Utah | 4 | $2,000 |
| 2/06/2023 | Minnesota | 5 | $2,000 |
| 2/15/2023 | Indiana | 6 | $2,000 |

12       26.     On or about November 22, 2022, JW. CHEN and J. CHEN, while in the State

13    and Federal District of Nevada, possessed at least nine Texas driver's licenses belonging to

14    victims and a New York driver's license belonging to Victim 14. That same day, J. CHEN

15    impersonated Victim 14 and unsuccessfully attempted to withdraw $550,000 dollars from a

16    Home Equity Line of Credit in Victim 14's name at Financial Institution 2 while JW. CHEN

17    waited outside the bank branch in a car rented by J. CHEN.

18       27.     On or about March 12, 2023, in the Middle District of Tennessee, J. CHEN and

19    other known and unknown coconspirators possessed approximately 600 driver's licenses

20    belonging to victims, including Victim 2, Victim 9, and Victim 11.

**COUNTS TWO TO FOUR**
**Aggravated Identity Theft**
**(18 U.S.C. §§ 1028A, 2)**

23       28.     Paragraphs One through Twenty-Seven of this Indictment are hereby realleged

24    and incorporated herein by reference.

1        29.    On or about the dates below, in the State and Federal District of Nevada and

2   elsewhere,

3

**JIN WEI CHEN,**
**XIE JIE CHEN, aka "Johnny Chen," and**
4   **YUE YUAN,**

5   defendants herein, aiding and abetting one another and others known and unknown, knowingly

6   transferred, possessed, and used, without lawful authority, the means of identification of another

7   person below, during and in relation to a felony violation, that is, Conspiracy to Commit Bank

8   Fraud, a violation of Title 18, United States Code, Sections 1349 and 1344(2), as alleged in

9   Count One, each means of identification a separate violation of Title 18, United States Code,

10   Sections 1028A and 2:

| COUNT | DATE | DEFENDANTS | MEANS OF IDENTIFICATION |
|---|---|---|---|
| TWO | 10/24/2022 | JW. CHEN<br>J. CHEN<br>YUAN | Driver's license belonging to Victim 9 |
| THREE | 11/22/2022 | JW. CHEN<br>J. CHEN | Driver's license belonging to Victim 14 |
| FOUR | 12/7/2022 | JW. CHEN<br>J. CHEN<br>YUAN | Driver's license belonging to Victim 11 |

16

**FORFEITURE ALLEGATION**

17        30.    The allegations contained in Count One of the Indictment are hereby realleged

18   and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C.

19   §§ 982(a)(2)(A), (b)(1).

20        31.    Upon conviction of any type of the felony offense charged in Count One of this

21   Indictment,

22

**JIN WEI CHEN,**
**XIE JIE CHEN, aka "Johnny Chen," and**
23   **YUE YUAN,**

24

8

1    defendants herein, shall forfeit to the United States of America, any property constituting, or

2    derived from, proceeds the person obtained directly or indirectly as the result of such violation.

3              32.    **Money Judgment**

4          Defendants are also notified that upon conviction, the United States may seek a money

5    judgment in the amount equal to the total value of the property subject to forfeiture.

6              33.    **Substitute Assets**

7          If any of the property described above, as a result of any act or omission of the

8    defendants,

9              a.    Cannot be located upon the exercise of due diligence;

10             b.    Has been transferred or sold to, or deposited with a third party;

11             c.    Has been placed beyond the jurisdiction of the Court;

12             d.    Has been substantially diminished in value; or

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

1        e.      Has been commingled with other property that cannot be divided without

2  difficulty, the United States of America shall be entitled to forfeitures of substitute property

3  pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United

4  States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

5      **DATED**: this  16th day of April, 2025.

6      **A TRUE BILL**:

7

8                                /S/
                      FOREPERSON OF THE GRAND JURY

9

10  SIGAL CHATTAH
      UNITED STATES ATTORNEY

11

12  KIMBERLY M. FRAYN              4/16/2025
      Assistant United States Attorney      Date

13

14  MARGARET A. MOESER
      Chief, Money Laundering and Asset Recovery  Section
      U.S. Department of Justice/Criminal Division

15

16                                  4/16/2025
      KENNETH P. KAPLAN          Date

17  Trial Attorney
      United States department of Justice/Criminal Division

18

19

20

21

22

23

24

1         e.     Has been commingled with other property that cannot be divided without

2  difficulty, the United States of America shall be entitled to forfeitures of substitute property

3  pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United

4  States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

5        **DATED**: this  16th day of April, 2025.

6        **A TRUE BILL**:

Deputy Foreperson
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
UNITED STATES ATTORNEY

KIMBERLY M. FRAYN
Assistant United States Attorney

4-16-2025
Date

MARGARET A. MOESER
Chief, Money Laundering and Asset Recovery  Section
U.S. Department of Justice/Criminal Division

KENNETH P. KAPLAN
Trial Attorney
United States department of Justice/Criminal Division

4-16-2025
Date

10